IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE BLACK,
    Plaintiff,

vs.                                3:08cv105/MCR/MD

ADMINISTRATIVE OFFICE
OF THE UNITED STATES COURTS, ET AL.
    Defendants.

## ORDER and
## REPORT AND RECOMMENDATION

    This cause filed pursuant to Title 42 United States Code Section 1983 is presently before the court on plaintiff's civil rights complaint (doc. 1) and motion to proceed *in forma pauperis* (doc. 2).   Good cause having been shown, leave to proceed *in forma pauperis* shall be granted.

    Since plaintiff is proceeding *in forma pauperis*, the court may dismiss the case if satisfied that the action is frivolous or malicious. 28 U.S.C. § 1915(e).  A complaint is frivolous under section 1915(e)  "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827, 1833, 104 L.Ed.2d 338 (1989). Section 1915(e) dismissals should only be ordered when the legal theories are "indisputably meritless," *Id.* at 327, 109 S.Ct. at 1833, or when the claims rely on factual allegations that are "clearly baseless."  *Denton v. Hernandez*, 504 U.S. 25, 31, 112 S.Ct. 1728, 1733, 118 L.Ed.2d 340 (1992).  Upon review of plaintiff's complaint, the court

concludes that plaintiff has not presented an actionable claim and that dismissal is therefore warranted.

Plaintiff names the U.S. Government, the Veteran's Administration, the National Personnel Records Center and the Social Security Administration as defendants in this action. The sum total of plaintiff's allegations in his statement of facts are as follows:

> Cilvil (sic) rights. File off any unredacted document under seal of file a reference list under seal or personal identifying such as driver's license: medical records or treatment and diagnosis or employment history or individual financial information or proprietary or trade secret information.

(Doc. 1 at 3). None of the named defendants are mentioned in the statement of facts and there are no identifiable constitutional or statutory violations. Where plaintiff is asked to state which rights under the Constitution, laws, or treaties of the United States he claims have been violated, he states "claims stayed on pag (sic) III." When asked to state briefly the relief he seeks from the court, he states he wants "my right back. ie any payment do (sic) to me or other. Any proprietary."

Rule 8(a)(2) of the Federal Rules of Civil Procedure requires that a pleading contain a short and plain statement of the claim showing that the pleader is entitled to relief. There is no discernable claim or basis for relief in plaintiff's complaint. Even the relief requested is unclear. The court is satisfied that plaintiff's complaint lacks an arguable basis in law or fact and that the complaint should therefore be dismissed as frivolous under 28 U.S.C. § 1915(e).

Accordingly, it is ORDERED:

Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED.

And it is respectfully RECOMMENDED:

That this cause be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

At Pensacola, Florida, this 19th day of March, 2008.

s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:08cv105/MCR/MD*

*Page 3 of 3*

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).