IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAWRENCE BLACK,**

      **Plaintiff,**

vs.                                                                           **CASE NO.:  3:08cv105/MCR/MD**

**ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS, et al.,**

      **Defendants.**
_____/

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 19, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this 17th day of April, 2008.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**